Matter of Pasternak (2024 NY Slip Op 04651)

Matter of Pasternak

2024 NY Slip Op 04651

Decided on September 26, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 26, 2024

PM-192-24
[*1]In the Matter of Kathryn Leibell Pasternak, an Attorney. (Attorney Registration No. 2876795.)

Calendar Date:September 23, 2024

Before:Garry, P.J., Egan Jr., Aarons, Pritzker and Ceresia, JJ.

Kathryn Leibell Pasternak, Marco Island, Florida, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Kathryn Leibell Pasternak was admitted to practice by this Court in 1998 and lists an address in Marco Island, Florida with the Office of Court Administration. Pasternak now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Pasternak's application.
Upon reading Pasternak's affidavit sworn to August 1, 2024 and filed August 5, 2024, and upon reading the September 18, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Pasternak is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Egan Jr., Aarons, Pritzker and Ceresia, JJ., concur.
ORDERED that Kathryn Leibell Pasternak's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Kathryn Leibell Pasternak's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Kathryn Leibell Pasternak is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Pasternak is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Kathryn Leibell Pasternak shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.